Same case below, 399 Fed. Appx. 276.

Same case below, 333 S.W.3d 187.

**No. 10-9209. Gina Purvis, Petitioner v. Daniel Oest, et al.**

564 U.S. 1006, 131 S. Ct. 2991, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4433.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 614 F.3d 713.

**No. 10-9334. Charlene Ross, Petitioner v. Federal Deposit Insurance Corporation, as Receiver of Washington Mutual Bank.**

564 U.S. 1006, 131 S. Ct. 2991, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4520,

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 625 F.3d 808.

**No. 10-9555. Ashley Ervin, Petitioner v. Texas.**

564 U.S. 1006, 131 S. Ct. 2992, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4448.

June 13, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

**No. 10-9758. John Lezell Balentine, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1006, 131 S. Ct. 2992, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4516.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 626 F.3d 842.

**No. 10-9886. Beatrice Fleming, Petitioner v. Chicago Transit Authority.**

564 U.S. 1006, 131 S. Ct. 2992, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4478.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 397 Fed. Appx. 249.

**No. 10-9887. Deverick Glenn, Petitioner v. Florida.**

564 U.S. 1006, 131 S. Ct. 2992, 180 L. Ed. 2d 824, 2011 U.S. LEXIS 4549.

June 13, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 43 So. 3d 58.